CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

NOV 3 0 2009

JOHN F. CORCORAN, CLERK
BY:
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| TOISSANT D. BASSETT, | ) |
| Petitioner, | ) Case No. 7:09CV00456 |
| v. | ) |
| | ) **FINAL ORDER** |
| GENE JOHNSON, DIRECTOR, | ) By: Glen E. Conrad |
| | ) United States District Judge |
| Respondent. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** without prejudice, pursuant to Rule 4 of the Rules Governing § 2254 Cases, and this action is stricken from the active docket of the court. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED**.

ENTER: This 30th day of November, 2009.

_____
United States District Judge